AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*         DISTRICT OF   NEVADA

MICHAEL STEVE COX,

    Plaintiff,     JUDGMENT IN A CIVIL CASE
V.

          CASE NUMBER: **3:10-CV-00129-LRH-VPC**

J. BENEDETTI, et al.,

    Defendants.

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the complaint (Dkt #15) is DISMISSED WITH PREJUDICE AS FRIVOLOUS. Any appeal of this order (Dkt #14) will be taken in bad faith. All pending motions are DENIED.

   11/3/2010                                    **LANCE S. WILSON**
                                                                                               Clerk

                                                                                   /s/ P. McDonald
                                                                                   Deputy Clerk